NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

DISTRICT NO. 9, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL-CIO.

No. 16410.

United States Court of Appeals
Eighth Circuit.

Feb. 11, 1960.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, NLRB, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

■

Robert Louis BONE, Appellant,

v.

UNITED STATES of America.

No. 16423.

United States Court of Appeals
Eighth Circuit.

Feb. 12, 1960.

Robert Louis Bone, pro se.

William H. Webster, U. S. Atty., and Frederick H. Mayer, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee and consent of appellant.

■

McLOUTH STEEL CORPORATION, Appellant,

v.

HENRY J. KAISER COMPANY, Vereinigte Oesterreichische Eisen Und Stahlwerke Aktiengesellschaft, and Brassert Oxygen Technik A.G., Appellees.

Nos. 14010, 14011.

United States Court of Appeals
Sixth Circuit.

March 28, 1960.

William B. Cudlip, T. Donald Wade of Dickinson, Wright, Davis, McKean & Cudlip, Detroit, Mich., John Vaughan Groner, Ronald F. Ball of Fish, Richardson & Neave, New York City, for appellant.

George E. Brand, George E. Brand, Jr., Detroit, Mich., John A. Dienner, Edward C. Grelle, Chicago, Ill., for appellees.

Before McALLISTER, Chief Judge, WEICK, Circuit Judge, and BOYD, District Judge.

PER CURIAM.

The above cause coming on to be heard on the record, the briefs of the parties, and the arguments of counsel in open court, and the Court being duly advised;

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed for the reasons set forth in the opinion of Judge Ralph M. Freeman, D.C., 175 F.Supp. 743, denying appellant's motion for a summary judgment and granting appellees' motion for a summary judgment.